Cite as 2025 Ark. App. 513

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CR-25-156

| | |
|---|---|
| | **Opinion Delivered** October 29, 2025 |
| JEREMY EDWARD LEE | |
| | APPEAL FROM DREW COUNTY CIRCUIT COURT |
| APPELLANT | [NO. 22CR-20-141] |
| V. | |
| | HONORABLE ROBERT B. GIBSON III, |
| STATE OF ARKANSAS | JUDGE |
| APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

**STEPHANIE POTTER BARRETT, Judge**

Jeremy Edward Lee appeals the order of the Drew County Circuit Court revoking his suspended imposition of sentence in case number 22CR-20-141. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Rule 4-3(b) of the Rules of the Arkansas Supreme Court and Court of Appeals, Lee's counsel filed a no-merit brief and motion to withdraw asserting there is no issue of arguable merit to raise on appeal. After reviewing the entire record, we affirm Lee's conviction and grant counsel's motion to withdraw.

On May 12, 2021, Lee pleaded guilty to possession of methamphetamine with purpose to deliver and possession of drug paraphernalia, and the circuit court sentenced him to eight years' imprisonment with five years' suspended imposition of sentence on the

possession-with-purpose-to-deliver count and a concurrent sentence of eight years' imprisonment with four years' suspended imposition of sentence on the paraphernalia count. The terms and conditions of his suspended imposition of sentence included that he not commit any criminal offense punishable by confinement in jail or prison and not possess, buy, consume, sell, or distribute any controlled substances. On June 8, 2024, Lee was arrested on a new charge of possession of methamphetamine with purpose to deliver. On June 17, 2024, the State filed a petition to revoke Lee's suspended imposition of sentence, alleging that Lee had committed new criminal acts of possession of over two grams of methamphetamine with purpose to deliver.

The circuit court held a hearing on the petition to revoke in conjunction with the trial on Lee's new charge. In evidence before the circuit court was testimony from the arresting officer that Lee was found in possession of four bags of a white crystal substance and a report from the Arkansas State Crime Laboratory that a sample of the substance, which weighed over two grams, tested positive for methamphetamine. The circuit court granted the State's petition to revoke and sentenced Lee to consecutive sentences of twenty-two years' imprisonment and four years' imprisonment.

Lee's suspended imposition of sentence was also revoked in one other case, 22CR-20-10, and Lee was convicted of the new charge of possession of methamphetamine with purpose to deliver in 22CR-24-95, both of which are now before this court.[1] We adopt the

---

[1]The circuit court held a combined trial and revocation hearing for all three cases but issued separate sentencing orders in each case. Lee has filed separate appeals, and today we

2

determinations made in the companion cases *Lee v. State*, 2025 Ark. App. 515, ___ S.W.3d ___, and *Lee v. State*, 2025 Ark. App. 516, ___ S.W.3d ___.

Affirmed; motion to withdraw granted.

THYER and WOOD, JJ., agree.

*Vicki Lucas*, for appellant.

One brief only.

---

hand down opinions in all three cases. *See Lee v. State*, 2025 Ark. App. 515, ___ S.W.3d ___; *Lee v. State*, 2025 Ark. App. 516, ___ S.W.3d ___.